UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Velasquez,

            Plaintiff,

–v–

Chong Qing Xiao Mian I, Inc., *et al.*,

           Defendants.

19-cv-8824 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Clerk of the Court is respectfully directed to clear Dkt. No. 12 in the above-captioned case, which was resolved by Dkt. No. 15.

SO ORDERED.

Dated: November 27, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1