**THE MH LAW FIRM**
ATTORNEYS AT LAW

11 E. BROADWAY, STE. 8B
NEW YORK, NY 10038
TEL: 212 267 1301
FAX: 212 656 1800

JAN 2 2 2020

January 21, 2020

Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Ricardo Velasquez v. Chong Qing Xiao I, Inc., et al.*, Case No. 19-cv-08824

Dear Judge Nathan:

This letter is a request for adjournment of the pretrial conference in the above case which, we understand, is still on the Court's docket for January 24, 2020, at 3:15 pm.

The current status of the case is that on November 21, 2019, Defendant's counsel served Plaintiff's counsel with a Rule 11 letter which Plaintiff's counsel has yet to respond to. Present counsel has submitted a Pre-Answer Motion to Dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Therefore, we respectfully request an adjournment of the pretrial conference to an amenable date convenient to the Court and all parties concerned.

> The request to adjourn the initial pre-trial conference is denied. While Defendant Chong Qing Xiao Mian has filed a motion to dismiss, Defendant 796-798 Ninth Successor LLC has filed an answer to the complaint. The conference will proceed as scheduled.
> SO ORDERED.

Sincerely yours,

Michael Henry
*Attorney(s) for Defendant(s)*
Chong Qing Xiao I, Inc.
11 E. Broadway-Suite 8B
New York, NY 10038
(212) 267-1301
Michael@themhlawfirm.com

cc: B. Bradley Weitz, Esq.
   THE WEITZ LAW FIRM, P.A.
   *Attorneys for Plaintiff*
   Bank of America Building
   18305 Biscayne Blvd., Suite 214
   Aventura, Florida 33160

   Jeremi Chylinski, Esq.
   GORDON & REES LLP
   *Attorneys for Defendant 796-798 Ninth Successor LLC*
   One Battery Park Plaza, 28th Floor
   New York, NY 10004

SO ORDERED: 1/22/20

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE