UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2020

RICARDO VELASQUEZ,

                Plaintiff,

-against-

CHONG QING XIAO MIAN I, INC., a New York corporation aka CHONG QING XIAO MIAN INC, d/b/a CHONG QING NOODLE HOUSE, and 796-798 NINTH SUCCESSOR LLC, a New York limited liability company,

                Defendants.

1:19-cv-08824 MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from Plaintiff, dated June 9, 2020, informing the Court that the parties have reached a settlement in principle [ECF #47]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by July 10, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  June 9, 2020**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**